## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEVONE TURNER**                                                                           **PLAINTIFF**

**v.**                                     **Case No. 4:14-cv-00079-KGB**

**EVERGREEN PACKAGING INC.**                                                 **DEFENDANTS**

### ORDER

On August 29, 2014, plaintiff's counsel filed a suggestion of death as to plaintiff Devone Turner (Dkt. No. 6).  Before the Court is defendant's motion to dismiss complaint (Dkt. No. 7).  Plaintiff's counsel does not object to defendants' motion.  Further, a motion for substitution has not been made, and the time for doing so has passed.  Pursuant to Federal Rule of Civil Procedure 25(a)(1), the Court dismisses this action.

SO ORDERED this the 23rd day of December, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE